# EXHIBIT A

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | SUMMONS | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT<br>13th(Grand Traverse) JUDICIAL CIRCUIT<br>COUNTY | | 26- -NO<br>38194 |

Court address
328 Washington St., Suite 300, Traverse City, MI 49684

Court telephone no.
231-922-4701

| Plaintiff's name, address, and telephone no. | | Defendant's name, address, and telephone no. |
|---|---|---|
| JENNIFER ANN RINEHART | v | SPEEDWAY LLC<br>c/o Corporate Creations Network, Inc.<br>28175 Haggerty Road<br>Novi, MI 48377 |
| Plaintiff's attorney, bar no., address, and telephone no.<br>Laura R. Dierwa (P71948) (ldierwa@sambernstein.com)<br>SAM BERNSTEIN LAW<br>31440 Northwestern Hwy, Suite 333<br>Farmington Hills, MI 48334 (248) 538-5940 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ ______________________ Court, where it was given case number ______________ and assigned to Judge ______________________

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 08/13/2026 | 11/12/2026 | [signature] Deputy Clerk |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.



MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

Summons (3/23)

Case No. 26- -NO

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | |
|---|---|---|---|
| $ | | $ | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE |
| $ | | $ | $ |

Signature

Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_______________ on _______________.
Attachments (if any) Date and time

_______________ on behalf of _______________
Signature

_______________
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GRAND TRAVERSE

JENNIFER ANN RINEHART,

Plaintiff,

v.

Case No: 26- 38194 -NO
Hon.

SPEEDWAY LLC,

Defendant.

SAM BERNSTEIN LAW
Laura R. Dierwa (P71948)
Attorney for Plaintiff
31440 Northwestern Hwy., Ste. 333
Farmington Hills, MI 48334-5419
(248) 538-5940 / Fax: (248) 737-4392
ldierwa@sambernstein.com
lhood@sambernstein.com - Asst

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

/s/ Laura R. Dierwa
Laura R. Dierwa (P71948)

**COMPLAINT**

NOW COMES the Plaintiff, JENNIFER ANN RINEHART, by and through her attorneys, SAM BERNSTEIN LAW, by LAURA R. DIERWA, and for her cause of action against the Defendant, SPEEDWAY LLC, respectfully states unto this Honorable Court as follows:

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800-225-3726
A PROFESSIONAL LIMITED LIABILITY COMPANY

**GENERAL ALLEGATIONS**

1. That Plaintiff, JENNIFER ANN RINEHART, is a resident of the City of Traverse City, County of Grand Traverse, State of Michigan.

2. That Defendant, SPEEDWAY LLC, is a foreign limited liability company licensed

to do business within the State of Michigan, and owns, operates and/or is in control of the premises located at 5980 US Highway 31 N, in the City of Williamsburg, County of Grand Traverse, State of Michigan. Further, its resident agent is Corporate Creations Network Inc., located at 28175 Haggerty Road, Novi, MI 48377.

3. That all the acts, transactions and occurrences arose in the City of Williamsburg, County of Grand Traverse, State of Michigan.

4. That the amount in controversy in this litigation exceeds the sum of Twenty-Five Thousand ($25,000.00) Dollars exclusive of costs, interest, and attorney fees.

**COUNT I**

5. That on or about January 8, 2026, Defendant, was then and there the owner, operator and/or in control of the premises located above, exercising control over the driveways, walkways, sidewalks and parking lots thereof as an abutting landowner, possessor and/or controller of the walkway, sidewalk and/or driveway adjacent to and/or abutting the aforedescribed premises, and/or responsible for snow and ice removal of same.

6. That on the aforementioned date, Plaintiff, JENNIFER ANN RINEHART, was lawfully upon the aforedescribed premises and while carefully walking on the premises, did slip and fall to the ground with great force and violence due to the dangerous conditions then and there existing, to wit: ice.

7. That at all times relevant hereto, Defendants owed a duty to Plaintiff, JENNIFER ANN RINEHART, who was lawfully upon the premises, to maintain the premises and adjacent and/or abutting sidewalk, walkways, driveway and/or parking lot in a safe condition free from danger, to exercise reasonable care to diminish the hazards of natural accumulation of ice and snow and such duty further required that reasonable and appropriate measures, in light of existing and created circumstances, be taken within a reasonable time after an accumulation of ice and snow.

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800 225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

8. That at all times relevant hereto, Defendants owed a duty to Plaintiff, JENNIFER ANN RINEHART, lawfully proceeding upon the adjacent and/or abutting walkways, sidewalks, driveways and/or parking lot, to keep such premises in a safe condition, free from dangerous conditions, i.e., holes, cracks, bridges and other hazards. then and there existing.

9. That in total disregard of such duties, Defendants, at all times material herein, breached said duties in one or more of the following particulars but, not necessarily limited to:

(a) Negligently, carelessly and recklessly failing to exercise reasonable care removing snow and ice from the premises where it was known or should have been known that this failure would create a dangerous and hazardous condition to individuals who traverse said walkways, sidewalks, driveways and/or parking lots;

(b) Negligently, carelessly and recklessly increasing the hazard of walking on snow and ice on the sidewalks and/or walkways and by the creation of the aforesaid accumulation of snow and ice and by failing to correct said situation;

(c) Negligently, carelessly and recklessly failing to keep said walkways and/or sidewalks properly clear and free from hazards after the affirmative acts of Defendants which did create, cause and/or contribute to an unnatural accumulation of snow and ice as hereinbefore described;

(d) Negligently, carelessly and recklessly allowing unnatural accumulations of snow and ice to remain on the walkways, sidewalks, driveway and/or parking lot so as to endanger those persons lawfully upon same;

(e) Negligently, carelessly and recklessly failing to remove a dangerous condition then and there existing from the walkways, sidewalks, driveway and/or parking lot;

(f) Negligently, carelessly and recklessly maintaining a hazardous condition on the walkways, sidewalks, driveway and/or parking lot flowing from Defendants' premises;

(g) Negligently, carelessly and recklessly failing to provide Plaintiff reasonable and safe means of necessary access in and about said walkways, sidewalks, driveway and/or parking lot and free from dangerous unnatural accumulations of snow and ice;

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800 225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

(h) Negligently, carelessly and recklessly failing to keep the premises and all common areas herein fit for the foreseeable uses and in proper repair pursuant to MCL 554.139 and/or MCL 125.536, for permitting unsafe, unsanitary or unhealthful conditions to exist upon the premises and/or common areas;

(i) Negligently, carelessly and recklessly failing to sand, salt and/or remove said snow and ice from said walkways, sidewalks, driveway and/or parking lot after notice of the dangerous condition thereof;

(j) Negligently, carelessly and recklessly failing to use reasonable care to protect the Plaintiff and those like her from and against the hazards arising from the unnatural accumulation of snow and ice;

(k) Negligently, carelessly and recklessly allowing said walkways, sidewalks, driveway and/or parking lot to become and remain in poor repair;

(l) Negligently, carelessly and recklessly failing to inspect said premises so as to discover a dangerous condition of which Defendants knew or had reason to know existed;

(m) Negligently, carelessly and recklessly failing to alleviate a dangerous condition which Defendants knew or had reason to know existed;

(n) Negligently, carelessly and recklessly failing to warn Plaintiff and those persons like Plaintiff of the dangerous condition then and there existing;

(o) Negligently, carelessly and recklessly failing to comply with statutes, codes and regulations relating to the Michigan Building Code and the International Property Maintenance Code;

(p) Breaching its contract to properly perform snow and ice maintenance services to Plaintiff, a party to that contract or a third party beneficiary of that contract;

(q) In otherwise negligently, carelessly and recklessly failing to exert that degree of care, caution and diligence as would be demonstrated by a reasonably prudent person under the same or similar circumstances and in otherwise causing the injuries and damages to Plaintiff as hereinafter alleged; and

(r) Negligently, carelessly and recklessly being guilty of other

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800-225-3726
A PROFESSIONAL LIMITED LIABILITY COMPANY

acts or negligence currently unknown to Plaintiff but, which will be ascertained through the discovery process.

10. That as a direct and proximate result of the negligent acts and/or omissions on the part of the Defendants, your Plaintiff, JENNIFER ANN RINEHART, was caused to fall to the ground with great force and violence and to suffer severe, grievous and permanent personal injuries, disability and damages, the full extent and character of which are currently unknown, but which will include, but are not necessarily limited to:

(a) Fracture of the left proximal humerus requiring surgery;

(b) Rotator cuff tear;

(c) Fracture and/or contusion of the elbow;

(d) Rib fracture;

(e) Upper lip abrasion;

(f) Left shoulder pain;

(g) Left arm pain;

(h) Unsightly scarring

(i) Pain, suffering, discomfort, disability, extreme physical and emotional suffering;

(j) Severe and continuing embarrassment, humiliation, anxiety, tension and mortification;

(k) Loss of the natural enjoyments of life;

(l) Loss of wages and/or earning capacity; and

(m) Expenditures for physicians, hospitals, medicinal things and substances.

WHEREFORE, Plaintiff, JENNIFER ANN RINEHART, prays that this Honorable Court award her damages against Defendant, SPEEDWAY LLC, in whatever amount to which she is entitled to receive, together with costs, interest and attorney fees.

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334 5419
1-800 225 5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

Respectfully Submitted,

SAM BERNSTEIN LAW

By: ____________________

Laura R. Dierwa (P71948)
Attorney for Plaintiff
31440 Northwestern Hwy., Ste. 333
Farmington Hills, MI 48334-5419
(248) 538-5940 / Fax: (248) 737-4392
ldierwa@sambernstein.com
lhood@sambernstein.com (Asst)

Dated: August 11, 2026

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800-225-3726
A PROFESSIONAL LIMITED LIABILITY COMPANY

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GRAND TRAVERSE

JENNIFER ANN RINEHART,

Plaintiff,

v.

SPEEDWAY LLC,

Defendant.

Case No: 26- 38194 -NO
Hon.

SAM BERNSTEIN LAW
Laura R. Dierwa (P71948)
Attorney for Plaintiff
31440 Northwestern Hwy., Ste. 333
Farmington Hills, MI 48334-5419
(248) 538-5940 / Fax: (248) 737-4392
ldierwa@sambernstein.com
lhood@sambernstein.com - Asst

AUG 27 2026

## JURY DEMAND

NOW COMES the Plaintiff, JENNIFER ANN RINEHART, by and through her attorneys, SAM BERNSTEIN LAW, by LAURA R. DIERWA, and hereby respectfully requests a trial by jury in the above entitled cause of action.

Respectfully Submitted,

SAM BERNSTEIN LAW

By: ____________________

Laura R. Dierwa (P71948)
Attorney for Plaintiff
31440 Northwestern Hwy., Ste. 333
Farmington Hills, MI 48334-5419
(248) 538-5940 / Fax: (248) 737-4392
ldierwa@sambernstein.com
lhood@sambernstein.com (Asst)

Dated: August 11, 2026

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800-225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY